UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

-------------------------------------------------------------------------x

Quashanique Mitchell, individually and on behalf of all others similarly situated;

Plaintiff,

-v.-

FBCS, Inc.,

Cavalry SPV I, LLC,

and John Does 1-25.

Defendants.

-------------------------------------------------------------------------x

Civil Action No:
4:20-cv-2050

**NOTICE OF SETTLEMENT**

Please take notice that the Parties have settled the above-referenced case. This settlement is contingent upon the execution of a written settlement agreement. The case will be dismissed by Plaintiff upon completion of specified conditions, in no more than 60 days from the date of this notice. Please vacate all currently scheduled dates for these parties.

DATED, this 26th day of June, 2020

*/s/Raphael Deutsch*
Raphael Deutsch
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
Ph: 201-282-6500
rdeutsch@steinsakslegal.com

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on June 26, 2020 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Raphael Deutsch*
Raphael Deutsch